10848. CORBETT, next friend, *v.* ATLANTIC COAST LINE RAILROAD COMPANY.

BLOODWORTH, J. After a decision by this court on March 2, 1920 (24 *Ga. App.* 790, 102 S. E. 464), this case was carried by certiorari to the Supreme Court, which held: "The facts stated in the petition, taken as true (as they must be when tested by general demurrer), fail to show negligence by the defendant; and the petition was properly dismissed." 150 *Ga.* 747 (105 S. E. 358). Complying with the ruling just stated, the judgment rendered on March 2, 1920, is vacated, and the judgment of the trial court is

         *Affirmed. Broyles, C. J., and Luke, J., concur.*

            DECIDED JANUARY 25, 1921.

Action for damages; from city court of Waycross — Judge Crawley. July 23, 1919.

*Parker & Parker,* for plaintiff.

*Bennet, Twitty & Reese, Wilson & Bennett,* for defendant.